IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN CLARKE; TREVOR BOECKMANN; HARRY CRANE; CORWIN SMIDT; PREDICT IT, INC.; AND ARISTOTLE INTERNATIONAL, INC., <br> PLAINTIFFS, <br><br> V. <br><br> COMMODITY FUTURES TRADING COMMISSION, <br> DEFENDANT. | § § § § § § § § § § § § § | CAUSE NO. 1:22-CV-909-LY |

## ORDER

**IT IS HEREBY ORDERED** that Defendant CFTC's Opposed Motion to Transfer Venue filed September 20, 2022 (Doc. #8) and Plaintiffs' Memorandum in Opposition to Motion to Transfer Venue filed October 4, 2022 (Doc. #13) are **REFERRED** to United States Magistrate Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _6th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE