IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN CLARK, TREVOR BOECKMANN, HARRY CRANE, CORWIN SMIDT, PREDICT IT, INC., and ARISTOTLE INTERNATIONAL, INC., | § § § § § § | |
| Plaintiffs, | § | A-22-CV-909-LY |
| V. | § § | |
| COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Defendant. | § | |

## ORDER SETTING HEARING

The court **SETS** Defendant CFTC's Motion to Dismiss (Dkt. #19) for hearing at **10:00 a.m. on December 1, 2022**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED November 21, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE