# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KEVIN CLARKE, TREVOR BOECKMANN, HARRY CRANE, CORWIN SMIDT, PREDICT IT, INC., ARISTOTLE INTERNATIONAL, INC., MICHAEL BEELER, MARK BORGHI, RICHARD HANANIA, JAMES D. MILLER, JOSIAH NEELEY, GRANT SCHNEIDER, and WES SHEPHERD,<br><br>Plaintiffs,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendant. | Case No. 1:22-cv-00909-LY<br><br>The Honorable Lee Yeakel<br>The Honorable Mark Lane |

## **[PROPOSED] ORDER**

The Plaintiffs' Motion to Magistrate Judge Mark Lane for Leave to File a Supplemental Memorandum in Opposition to Defendant's Motions to Transfer and Dismiss Referred to Judge Lane for Report and Recommendation is **GRANTED**.

**So ORDERED and SIGNED on this \_\_\_\_ day of December 2022.**

_____

UNITED STATES MAGISTRATE JUDGE