# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 26, 2023
Lyle W. Cayce
Clerk

No. 22-51124

---

Kevin Clarke; Trevor Boeckmann; Harry Crane; Corwin Smidt; Aristotle International, Incorporated; Predict It, Incorporated; Michael Beeler; Mark Borghi; Richard Hanania; James D. Miller; Josiah Neeley; Grant Schneider; Wes Shepherd,

*Plaintiffs—Appellants*,

versus

Commodity Futures Trading Commission,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-909

---

ORDER:

IT IS ORDERED that Appellants' opposed motion for an injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' alternative request for mandamus relief is DENIED AS MOOT.

No. 22-51124

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 26, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-51124   Clarke v. CFTR
                   USDC No. 1:22-CV-909

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Philip Devlin
Mr. Kyle Druding
Mr. Michael J. Edney
Ms. Anne Whitford Stukes