IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN CLARKE, TREVOR BOECKMANN, HARRY CRANE, CORWIN SMIDT, PREDICT IT, INC., ARISTOTLE INTERNATIONAL, INC., MICHAEL BEELER, MARK BORGHI, RICHARD HANANIA, JAMES D. MILLER, JOSIAH NEELEY, GRANT SCHNEIDER, and WES SHEPHERD,<br><br>            Plaintiffs,<br>   v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>            Defendant. | Case No. 1:22-cv-00909<br><br>The Honorable David Alan Ezra |

## JOINT STATUS REPORT REGARDING PLAINTIFFS' FILING OF A SECOND AMENDED COMPLAINT

The parties file this joint status report regarding the procedure the parties are following with regard to Plaintiffs' intended Second Amended Complaint for Declaratory and Injunctive Relief.

In accordance with the parties' agreed joint scheduling recommendations pending before the Court (ECF No. 47), the Plaintiffs are prepared to file their Second Amended Complaint today, November 1, 2023.

The Plaintiffs conferred with the Defendant regarding its position on Plaintiffs' motion for leave to file the Second Amended Complaint. The Defendant indicated its desire to review the Second Amended Complaint before either consenting to the Second Amended Complaint (which would obviate the need for a motion for leave) or opposing leave to amend. *See* Fed. R. Civ. P.

15(a). The Defendant has agreed to provide its consent or notice that a motion for leave to amend will be necessary by November 8, 2023.

Once the Defendant provides its position, the Plaintiffs will either file the Second Amended Complaint with the Defendant's written consent or file an opposed motion for leave to amend.

Respectfully submitted,

*/s/ Michael J. Edney*
Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
T: (202) 778-2204
medney@huntonak.com

John J. Byron
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, Illinois 60606
T: (312) 577-1300 / F: (312) 577-1370
jbyron@steptoe.com

*Attorneys for Plaintiffs Kevin Clarke, Trevor Boeckmann, Harry Crane, Corwin Smidt, Aristotle International, Inc., Predict It, Inc., Michael Beeler, Mark Borghi, Richard Hanania, James D. Miller, Josiah Neeley, Grant Schneider, and Wes Shepherd*

*/s/ Martin B. White*
Robert A. Schwartz (D.C. Bar No. 489240)
  *General Counsel*
Anne W. Stukes (D.C. Bar No. 469446)*
  *Deputy General Counsel*
Martin B. White (D.C. Bar No. 221259)*
  *Senior Assistant General Counsel*
U.S. COMMODITY FUTURES TRADING
COMMISSION
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Phone: (202) 993-1390
Fax: (202) 418-5567
mwhite@cftc.gov

* *Admitted* pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, a copy of the foregoing was filed electronically and was served on counsel of record through the Court's electronic case filing/case management (ECF/CM) system.

*/s/ Michael J. Edney*
Michael J. Edney

3