FILED
March 07, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
          DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 7, 2024
Lyle W. Cayce
Clerk

No. 24-50079
USDC No. 1:22-CV-909 DAE

In re Kevin Clarke; Trevor Boeckmann; Harry Crane; Corwin Smidt; Aristotle International, Incorporated; Predict It, Incorporated; Michael Beeler; Mark Borghi; Richard Hanania; James D. Miller; Josiah Neeley; Grant Schneider; Wes Shepherd,

*Petitioners.*

## WRIT OF MANDAMUS

To the Honorable David Ezra, Judge of the United States District Court for the Western District of Texas:

The United States Court of Appeals for the Fifth Circuit granted the petition for writ of mandamus on March 1, 2024.

You are hereby ORDERED to request return of case number 1:22-CV-909 from the United States District Court for the District of Columbia *à quo*.

Done this day, March 07, 2024.

LYLE W. CAYCE, CLERK
United States Court of Appeals
   for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 07, 2024

Honorable David A. Ezra
U.S. District Court
Western District of Texas
262 W. Nueva Street
San Antonio, TX 78207

    No. 24-50079   In re: Kevin Clarke
                        USDC No. 1:22-CV-909

Dear Judge Ezra:

I enclose a Writ of Mandamus directed to you.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

cc: (letter only)
    Mr. Philip Devlin
    Mr. Michael J. Edney
    Mr. Robert A. Schwartz
    Ms. Anne Whitford Stukes
    Mr. Martin B. White