UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN CLARKE, TREVOR BOECKMANN, HARRY CRANE, CORWIN SMIDT, PREDICT IT, INC., ARISTOTLE INTERNATIONAL, INC., MICHAEL BEELER, MARK BORGHI, RICHARD HANANIA, JAMES D. MILLER, JOSIAH NEELEY, GRANT SCHNEIDER, AND WES SHEPHERD,<br><br>Plaintiffs,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendant. | Civil Action No. 24-167 (JMC) |

## ORDER

The Court received the attached Order Requesting Return of Case from the Honorable David A. Ezra of the United States District Court for the Western District of Texas.

The Clerk is **DIRECTED** to file the attached document on the docket.

**SO ORDERED.**

DATE: March 7, 2024

_____
Jia M. Cobb
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN CLARKE, ET AL., | § | NO. 1:24-cv-00167-JMC |
| Plaintiffs, | § | |
| vs. | § | NO. 1:22-CV-909-DAE (W.D. Tex.) |
| COMMODITY FUTURES TRADING COMMISSION, | § | |
| Defendant. | § | |

### ORDER REQUESTING RETURN OF CASE FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

On March 7, 2024, a Writ of Mandamus was issued to the undersigned from the Fifth Circuit Court of Appeals, ordering this Court request return of case number 1:22-CV-909 from the United States District Court for the District of Columbia *à quo*. See In re Kevin Clarke, Case No. 24-50079 (5th Cir.).

In accordance with the Writ, this Court hereby requests the United States District Court for the District of Columbia return case number 1:24-cv-00167-JMC to the docket of this Court in the United States District Court for the Western District of Texas, case number 1:22-CV-909-DAE.

**DATED**: Austin, Texas, March 7, 2024.

_____
David Alan Ezra
Senior United States District Judge