IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN CLARKE, ET AL., | § § | NO. 1:22-CV-909-DAE |
| | § | NO. 1:24-CV-614-DAE |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| COMMODITY FUTURES TRADING COMMISSION, | § § | |
| | § | |
| Defendant. | § § | |

ORDER TO CLOSE CASE AND DIRECTIVE FOR FUTURE FILINGS

The matter before the Court is the transfer of this case from the District of Columbia. (Dkt. # 80.) In light of the transfer back to this Court, a new case number has been assigned to this action, 1:24-CV-614-DAE. The parties are directed to make any future filings in this new case. Accordingly, the Court will **ORDER** that the previous case number assigned to this action, 1:22-CV-909-DAE be **CLOSED**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, June 10, 2024.

_____
David Alan Ezra
Senior United States District Judge